Ginger G. Mooney, OSB No. 031261
Ginger G. Mooney, LLC
1017 May Street, Suite 200
Hood River, Oregon 97031
T: (541) 716-5650
F: (503) 389-1585
contact@mooneylaw.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **In Re:** | Civil Case No. 3:26-mc-00612-SB |
| Dr. Warren Roberts Deposition | **NOTICE OF APPEARANCE** |

**TO:**       **CLERK OF THE COURT**

**AND TO:**    **ALL NOTICED PARTIES AND COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as related

Plaintiff's counsel in the case captioned above. The undersigned certifies that they are admitted to

practice before this Court.

Please direct pleadings, correspondence, and noticeable docket items to:

/ / /

/ / /

/ / /

/ / /

/ / /

**Page 1 of 2** – **NOTICE OF APPEARANCE**

Ginger G. Mooney, OSB No. 031261
Ginger G. Mooney, LLC
1017 May Street, Suite 200
Hood River, Oregon 97031
T: (541) 716-5650
F: (503) 389-1585
contact@mooneylaw.org

DATED this 5th day of August, 2026.

Respectfully submitted,

/s/ Ginger G. Mooney
Ginger G. Mooney, OSB No. 031261
Attorney of Record for:
Plaintiff Robert Andrew Pinsky, 6:22-cv-781-AR
Plaintiff Zachary Michael Lobue, 6:23-cv-00244-YY
Plaintiff Jon Louis Bush, 6:25-cv-00361-JR

**Page 2 of 2** – **NOTICE OF APPEARANCE**